# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

United States of America       )
                                 )
          *vs.*               )       **Criminal Number 00-91**
                                 )
Eupremio Patrono           )

The above named defendant satisfied the judgment of November 3, 2000 by paying on July 29, 2005 the full balance due on his/her court ordered:

         _____X____Assessment
         _____Fine
         _____ Costs
         _____other

The Court's docket and judgment index should be marked to reflect satisfaction of the judgment.

_____  8/15/05
Deputy Clerk                           Date